John W. Schaefer and Mary Ann Schaefer, Plaintiffs-Appellees, v. Clearbrook Homes, Inc., an Illinois Corporation, Defendant-Appellant.

**Gen. No. 11,508.** ▮

Second District, First Division.

June 8, 1961.

McClory, Bairstow, Anderson & Lonchar, for appellant. No appearance filed, and no briefs filed on behalf of appellees. Opinion by JUDGE McNEAL. **Not to be published in full.**